# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 04-126-BLG-SPW |
|---|---|
| Plaintiff/Respondent, | |
| vs. | ORDER |
| ORVILLE DAVID MORRISON, | |
| Defendant/Movant. | |

The United States of America has moved to vacate the re-sentencing hearing scheduled for September 13, 2018 at 10:30 a.m. (Doc. 86) based on the government filing a motion for leave to file a motion for reconsideration, pursuant to L.R. 7.3. The defendant does not oppose this motion. For good cause showing,

**IT IS HEREBY ORDERED** that the re-sentencing hearing scheduled for September 13, 2018 at 10:30 a.m. is **VACATED** to be reset by further order of the Court.

**IT IS FURTHER ORDERED** that the United States' Motion for Leave to File a Motion for Reconsideration (Doc. 87) is **GRANTED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 12th day of September, 2018.

SUSAN P. WATTERS
United States District Judge